FLORENCE L. MOORE V. EARL E. McCOLLUM ET AL.

FILED FEBRUARY 5, 1895.    No. 5952.

1. A motion to dismiss a cause out of this court for want of prosecution, in order to be of any avail, must be presented before the final submission of the case upon the merits.

2. Where no brief has been filed by either party, and the cause is submitted without oral argument, the judgment, if it conforms to the pleadings and evidence, will be affirmed. (*Phenix Ins. Co. v. Reams*, 37 Neb., 423; *Brown v. Dunn*, 38 Neb., 52; *Langdon v. Campbell*, 43 Neb., 67.)

ERROR from the district court of Douglas county. Tried below before HOPEWELL, J.

*A. S. Churchill*, for plaintiff in error.

*De France & Richardson, Winfield S. Strawn*, and *Curtis & Shields, contra.*

NORVAL, C. J.

At the present term a motion was submitted by the defendants in error to dismiss the petition in error for want of prosecution. This cause was submitted for decision upon its merits at the September term, 1893, without briefs or oral argument. The motion to dismiss, therefore, comes too late. Such a motion, to be of any avail, must be presented before the final submission of the cause upon the merits.

No brief having been filed by either party, and the judgment conforming to the pleadings and evidence, it is accordingly affirmed. (*Phenix Ins. Co. v. Reams*, 37 Neb., 423; *Brown v. Dunn*, 38 Neb., 52; *Damon v. City of Omaha*, 38 Neb., 583; *Langdon v. Campbell*, 43 Neb., 67.)

JUDGMENT AFFIRMED.